JS-6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEROY WILLIS, | ) | Case No. 14-5435-JGB (KK) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum and Order Denying Extension Request and Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that the request is denied and this action is dismissed without prejudice.

Dated: August 22, 2014

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE